455 A.2d 1238
Commonwealth v. Bergan, Appellant.
Reargument Denied March 2, 1983.
Affirmed in Part, Reversed in Part Oct. 19, 1983.

 Argued December 14, 1981. James D. Crawford, for appellant; Joseph Hyland, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment of sentence affirmed.